IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01869-BNB

LOUIS REAVES, JR.,

    Plaintiff,

v.

DONA ZAVISLAN, Warden,
AVONT, Captain,
PERRY, Captain,
WILLIAMS, Captain,
SPEAKS, Captain,
GARCIA, Lt.,
WALLACE, Sgt.,
LONG, Sgt.,
CINDY GLASSMAN, Head of D.R.D.C. Medical,
C/O SHANNON, Unit 3A on Nurse,
SGT. BROVO,
C/O LOCKHART,
C/O WRIGHT,
C/O WILSON,
C/O BOYETTE,
C/O LOPEZ,
C/O FRENENDIE,
N/P CARMAN MYER,
JUNE, Nurse,
DOUG CHRISTIAN, Nurse,
C/O FREEMAN,
PRUETT, and
DOCTORS/NURSES, Name Not Known, Will be Added on Later if Necessary,

    Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 5 2011

GREGORY C. LANGHAM
                    CLERK

## ORDER OF DISMISSAL

On August 26, 2011, Magistrate Judge Boyd N. Boland entered an order granting Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action.

Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to pay an initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee. Plaintiff was warned that the complaint and the action would be dismissed without further notice if he failed either to pay the initial partial filing fee or to show cause within thirty days.

Plaintiff has failed within the time allowed either to pay the initial partial filing fee or to show cause why he is unable to pay the initial partial filing fee. In fact, Plaintiff has failed to respond to Magistrate Judge Boland's August 26 order in any way. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed within the time allowed either to pay the initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee.

DATED at Denver, Colorado, this  5th  day of    October   , 2011.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01869-BNB

Louie Reaves, Jr.
Prisoner No. 56676
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on October 5, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk